# Notice Recipients

District/Off: 0416–0           User: kgrant                    Date Created: 04/12/2010
Case: 10–17928                 Form ID: ntcprop                Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Heather Rae Wassell       12054 Little Antitum       Smithburg, MD 21783

                                                                                TOTAL: 1