U.S. Bankruptcy Court

District of Maryland (Greenbelt)

Bankruptcy Petition #: 10-17928

**Debtor**
**Heather Rae Wassell**
12054 Little Antitum
Smithburg, MD 21783
SSN / ITIN: xxx-xx-7260

Telephone: 301-693-5031

PRO SE

**Trustee**
**Michael G. Wolff**
Goren, Wolff & Orenstein, LLC
15245 Shady Grove road
Suite 465, North Lobby
Rockville, MD 20850

## MOTION TO RECOVER GARNISHED EXEMPT FUNDS

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, Debtor Heather Rae Wassell, in the above-numbered and styled cause, and files this Motion to Recover Garnished Exempt funds, and would respectfully show the Court as follows:

1. This Court has jurisdiction over this matter.

2. Debtor(s) filed a Voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 12, 2010.

3. Levies were placed on the Debtor's Wages from her employer, Revar Fasteners by Mariner Finance, LLC, fka Finance Maryland, LLC for the ninety days before and after filing as follows:

    1. 01/15/2010 - $226.06
    2. 01/30/2010 - $226.06
    3. 02/15/2010 - $226.06
    4. 02/28/2010 - $226.06
    5. 03/15/25010 - $226.06
    6. 03/30/2010 - $226.06
    7. 04/15/2010 - $226.06

Total - $1,582.42

The funds are exempt pursuant to the laws of the State of Maryland as reflected in my Amended Schedule C, Property Claimed as Exempt.

WHEREFORE, PREMISES CONSIDERED, Debtors pray for an Order of this Court motion to return garnished wages from Mariner Finance and granting Debtor(s) such other and further relief as the Court deems just and proper.

Dated: April 22, 2010.
Respectfully Submitted,

*/s/ Heather Rae Wassell*

Heather Rae Wassell

## CERTIFICATE OF SERVICE

In addition to the parties who will be served by the Court's ECF System, I certify that a copy of this amendment was served by first class mail on the __ day of April, 2010 on the following parties affected
thereby:

**Michael G. Wolff**
Goren, Wolff & Orenstein, LLC
15245 Shady Grove Road
Suite 465, North Lobby
Rockville, MD 20850

Mariner Finance
c/o Jay B. Spirt
3205 B. Corporate Court
Elliott City, MD 21042

Heather Rae Wassell